EL PUEBLO, DEMANDANTE Y APELADO, *v.* DÍAZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en causa por infracción a la Ley de Pesas y Medidas.

No. 1255.—Resuelto en abril 11, 1918.

LEY DE PESAS Y MEDIDAS—PAN SIN EL PESO DEBIDO—ACTO ILEGAL.—El vender u ofrecer en venta pan que no tiene el peso que marca su rótulo es ilegal, sin que afecte al hecho la merma sufrida por el tiempo u otras circunstancias pues debe suponerse que todo esto se ha tenido en cuenta al ser fijado el tipo de tolerancia por defecto del peso.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Carlos del Toro Fernández.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

El apelante Joaquín Díaz fué acusado de infringir la ley de pesas y medidas del año 1917, porque por medio de un agente vendía bollos de pan con rótulos de que pesaban 225 gramos, cuando pesados doce de dichos bollos, que debían tener un peso de 2,700 gramos resultó que sólo tenían 2,450 gramos y que rebajados 10 gramos que la ley concede por defecto, que son 120 gramos, aún defraudaba al público en 130 gramos. También se alegó que vendía los bollos a doce centavos. Declarado culpable y sentenciado a pagar una multa interpuso este recurso de apelación.

En el juicio resultó comprobado que los bollos de pan pesaban las cantidades que se expresan en la acusación y la cantidad en ellos fijada como peso, pero sostiene el apelante que la sentencia debe ser revocada porque probó que el pan disminuye de peso en el horno y que a pesar de aumentar el peso antes de entrar en el horno para contrarrestar tal merma, se hace difícil obtener el peso requerido por la ley y además, que a las doce horas de salir el pan del horno, y el pan objeto de la denuncia las tenía, ha disminuído su peso y más aún veinte y cuatro horas después.

Sea esto como quiera, lo cierto es que el pan del apelante no tenía el peso que marcaba sus rótulos cuando estaba a la venta, infringiendo así la sección 2ª. de la ley citada en la acusación según la cual todo pan que se venda u ofrezca en venta, que sea mayor o menor de una libra, o sea 453 gramos, deberá llevar un rótulo claro con el peso correcto. Hemos de suponer que cuando el Jefe del Negociado de Pesas y Medidas en cumplimiento de la facultad que le concede la ley fijó el tipo de tolerancia por defecto en el peso, tuvo en cuenta la merma que se sufre por horno y otras circunstancias por lo que debemos considerar como ilegal cualquier defecto en el peso del rotulado que exceda de ese tipo.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.